JUDGE PATTERSON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :

       -v.-        :

KEN MATTHEW,        :

      Defendant.        :

- - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 1/3/06

INFORMATION

06 Cr.

**06 CRIM 01**

## COUNT ONE

The United States Attorney charges:

1.    From in or about 1999 up to and including in or about June 2005, in the Southern District of New York and elsewhere, KEN MATTHEW, the defendant, and others known and unknown, unlawfully, intentionally and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2.    It was a part and an object of the conspiracy that KEN MATTHEW, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute mixtures and substances containing 50 grams and more of cocaine base, in a form commonly known as "crack," in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(A).

3.    It was a further part and an object of the conspiracy that KEN MATTHEW, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute mixtures and substances containing 100 kilograms and

more of marihuana, in violation of Title 21, United States Code,

Sections 812, 841(a)(1), and 841(b)(1)(B).

<u>Overt Acts</u>

4.    In furtherance of the conspiracy and to effect the

illegal objects thereof, the following overt acts, among others,

were committed in the Southern District of New York:

a.    On or about November 20, 2000, in the Bronx,

New York, KEN MATTHEW, the defendant, sold a quantity of cocaine

base to another individual.

b.    On or about February 1, 2003, in the Bronx,

New York, KEN MATTHEW, the defendant, sold a quantity of

marijuana to another individual.

(Title 21, United States Code, Section 846.)

<u>COUNT TWO</u>

The United States Attorney further charges:

5.    From in or about 1999 up to and including in or

about June 2005, in the Southern District of New York, KEN

MATTHEW, the defendant, together with others known and unknown,

unlawfully, willfully, and knowingly, during and in relation to a

narcotics trafficking crime for which he may be prosecuted in a

court of the United States, to wit, the conspiracy to distribute

narcotics charged in Count One of this Information, used and

carried, and aided and abetted the use and carrying of, a

firearm, and possessed and aided and abetted the possession of a

firearm in furtherance of such crime, to wit, KEN MATTHEW, the

defendant, and his co-conspirators, maintained handguns in

apartments on Fish Avenue in the Bronx, New York, where they sold

crack cocaine.

(Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.)

_Michael J. Garcia_
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### UNITED STATES OF AMERICA

- v. -

### KEN MATTHEW,

**Defendant.**

### INFORMATION

06 Cr.

(21 U.S.C. § 846 and 18 U.S.C. § 924(c).)

MICHAEL J. GARCIA
United States Attorney.

---

1/3/06

Deft pres w/atty Steven K. Frankel.
AUSA Jaffe pres. Waiver
of Indictment filed & information
filed. Deft pleads guilty to information.
Contd retained. Sentencing date
set: 3/3/06 @ 4:00 PM. To be sealed.
Patterson J.