```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA         :
                                      UNSEALING ORDER
         -v.-                    :
                                      06 Cr. 001 (RPP)
KEN MATTHEW,                     :

         Defendant.              :
- - - - - - - - - - - - - - - - -x
```

**06 CRIM 01**

Upon the application of the United States Attorney for the Southern District of New York, by Assistant United States Attorney Alexander J. Willscher,

IT IS HEREBY ORDERED, that, the Information in the above-captioned matter and the transcripts of the court proceedings from January 3, 2006, November 28, 2006, and January 4, 2007, are unsealed.

Dated: New York, New York

January 14, 2008

_____
HONORABLE ROBERT P. PATTERSON
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/08