**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :

       - v. -                :   NOTICE OF INTENT TO
                                 FILE AN INFORMATION
KEN MATTHEW,                    :

        Defendant.          :

- - - - - - - - - - - - - - - - x

06 CRIM 01

      Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
        December 13, 2005

                              MICHAEL J. GARCIA
                              United States Attorney

                By:  _____
                     DAVID L. JAFFE
                     Assistant United States Attorney

JUDGE PATTERSON

                     AGREED AND CONSENTED TO:

                By:  _____
                     STEVEN FRANKEL
                     Attorney for Ken Matthew

1/14/05 WHEEL A