JUDGE PATTERSON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :

      - v. -                      :   06 Cr.

KEN MATTHEW,                        :

              Defendant.      :

- - - - - - - - - - - - - - - - x

      KENT MATTHEW, the above-named defendant, who is accused of violating Title 21, United States Code, Section 846, and Title 18, United States Code, Section 924(c), being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                    _____
                                      Defendant

                                    _____
                                      Witness

                                    _____
                                    Counsel for Defendant

Dated:    New York, New York
           January 3, 2006

0293